UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EZRA LEVY,<br><br>        Plaintiff,<br>v.<br><br>THE LEGAL AID SOCIETY,<br><br>        Defendant. | Case No. 1:18-cv-3180 (LDH)(SJB)<br><br>**NOTICE OF DEFENDANT'S MOTION TO DISMISS THE COMPLAINT AND STAY DISCOVERY** |

   **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint, dated August 31, 2018, and upon all papers and proceedings previously had herein, Defendants Legal Aid Society, by its attorney, Jane L. Hanson, of the law firm Milbank, Tweed, Hadley & McCloy LLP, will move this Court at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, before the Honorable Leshann DeArcy Hall, United States District Judge, on a date and time to be decided by the court for a judgment, pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing the Complaint against the Legal Aid Society in its entirety, and, pursuant to Federal Rule of Civil Procedure 26(c), for a stay of discovery pending determination of this motion to dismiss.

  Dated: New York, New York
      August 31, 2018

                     <u>*/s/ Jane L. Hanson*</u>
                       Jane L. Hanson
                       MILBANK, TWEED, HADLEY & McCLOY LLP
                       28 Liberty Street
                       New York, NY 10005
                       Telephone: 212-530-5512
                       Facsimile: 212-822-5512
                       jhanson@milbank.com
                       *Attorney for Defendant Legal Aid Society*