UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EZRA LEVY,<br><br>                    Plaintiff,<br><br>     v.<br><br>THE LEGAL AID SOCIETY<br><br>                    Defendants. | No. 1:18-cv-3180 (LDH)(SJB) |

## MOTION AND [PROPOSED] ORDER TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that, upon the annexed declaration of Jane L. Hanson, and subject to the approval of the Court, Anthony R. Perri hereby withdraws as counsel for Defendant The Legal Aid Society and shall be removed from the CM/ECF notification list in the above-captioned matter.  Mr. Perri will no longer be associated with Milbank LLP after February 19, 2020.  Jane L. Hanson of Milbank LLP will continue to represent Defendant The Legal Aid Society in this action.

Dated:     February 21, 2020
           New York, New York

MILBANK LLP

By: */s/ Anthony R. Perri*
Anthony R. Perri
55 Hudson Yards
New York, New York 10001
(212) 530-5000
APerri@milbank.com

*Attorneys for Defendant The Legal Aid Society*

SO ORDERED:

_____
Hon. Sanket J. Bulsara, U.S.M.J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EZRA LEVY,<br><br>             Plaintiff,<br><br>     v.<br><br>THE LEGAL AID SOCIETY<br><br>             Defendant. | No. 1:18-cv-3180 (LDH)(SJB) |

### DECLARATION OF JANE L. HANSON

JANE HANSON, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am Of Counsel with the law firm Milbank LLP, counsel for Defendant The Legal Aid Society in the above-captioned action. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that Anthony R. Perri is withdrawing as counsel for Defendant The Legal Aid Society because he will no longer be associated with Milbank LLP after February 19, 2020.

2. I will continue to represent Defendant The Legal Aid Society in this action.

3. Mr. Perri's withdrawal will not delay the matter or prejudice any party.

4. Mr. Perri is not asserting a retaining or charging lien.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   February 21, 2020
         New York, New York

*/s/ Jane L. Hanson*
Jane L. Hanson