UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

EZRA LEVY

                Plaintiff,

                                            Civil Action No. 18-cv-3180-LDH-SJB

- against –

THE LEGAL AID SOCIETY,
                Defendant.

## STIPULATION OF DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Ezra Levy and defendant The Legal Aid Society (the "Defendants") hereby stipulate that the above captioned action is voluntarily dismissed with prejudice against the Defendant. Each party is to bear his or its own costs and expenses, including attorneys' fees.

SO STIPULATED,

_____
David H. Rosenberg, Esq.
The Law Office of David H. Rosenberg, P.C.
170 Old Country Road, Suite 600
Mineola, NY 11501
*Attorney for Ezra Mr. Levy*

Dated: ___7/6___, 2020

/s/ Jane L. Hanson
_____
Jane L. Hanson, Esq
Milbank LLP
55 Hudson Yards
New York, NY 10001-2163
*Attorneys for The Legal Aid Society,*

Dated: July 3, 2020

SO ORDERED.

Dated: _____
New York, New York

_____
U.S. District Court Magistrate Judge
Sanket J. Bulsara